UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| NASSIR AL-RIFAHE AND DELPHINE BONGHAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, JANET NAPOLITANO, AND ROBERT MUELLER,<br><br>Defendants. | Civil No. 10-1971 (JRT/FLN)<br><br>**ORDER FOR DISMISSAL** |

Marc Prokosch, **KARAM & ASSOCIATES,** 2950 Metro Drive, Suite 201, Bloomington, MN 55425, for plaintiffs.

Craig Kuhn, **UNITED STATES DEPARTMENT OF JUSTICE,** Ben Franklin Station, Post Office Box 868, Washington, DC 20044; Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

This matter is before the Court on the stipulation to dismiss a certain plaintiff for mootness, filed on October 5, 2010 [Docket No. 25].

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and pursuant to the stipulation, plaintiff Delphine Bonghan's claim in this matter be **DISMISSED WITH PREJUDICE**. Each of the parties shall bear their own costs and fees.

| | |
|---|---|
| DATED: October 8, 2010<br>at Minneapolis, Minnesota. | s/ John R. Tunheim<br>JOHN R. TUNHEIM<br>United States District Judge |